**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**MASON DIXON LINES, INC.,**
a Michigan Corporation

          Plaintiff,              Case No. 06-12562
                                              Hon.: Victoria A. Roberts

vs.


**FORD MOTOR COMPANY,**
a Michigan Corporation; and
**WALKER TRANSPORT, LTD.,**
a Canadian Company,

          Defendants.

_____/

| | |
|---|---|
| **Burket ◊ Savage, P.C.**<br>By: John L. Burket, P41129<br>Attorneys for Mason Dixon Lines, Inc.<br>24525 Harper Avenue, Suite One<br>St. Clair Shores, MI 48080<br>(586) 777-0720 | **Foster, Swift, Collins & Smith, P.C.**<br>By: Dirk H. Beckwith, P35609<br>Attorneys for L.E. Walker Transport, LTD<br>32300 Northwestern Hwy, Ste 230<br>Farmington Hills, MI 48334<br>(248) 539-9900<br><br>**Dickinson Wright, PLLC**<br>By: Jason P. Klingensmith, P61687<br>Attorneys for Ford Motor Company<br>500 Woodward Ave, Ste 4000<br>Detroit, MI 48226<br>(313) 223-3500 |

_____/


## <u>ORDER TO DISMISS</u>

At session of said Court
Held in the City of Detroit
State of Michigan, on the date stamped herein,
Before Hon: <u>Victoria A. Roberts</u>
U.S. District Court Judge

Upon Stipulation of the parties to dismiss this action with prejudice and without

costs and the Court being otherwise fully advised in the premise in this matter.

**IT IS HEREBY ORDERED** that this matter is dismissed with Prejudice and without costs to either party.  This is a final order of this Court and closes this case.


S/Victoria A. Roberts

Dated: 3/19/07                        U.S. District Court Judge